■ JULIET D. SOTHAM v. JONATHAN H. SOTHAM.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ MARKCEIL REALTY CORP. v. MANO MIHALY.— Motion for reargument granted, and upon reargument motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between AL SPILBERG, and KETCHUM & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ARTHUR SCHOEN v. LOOMIS J. GROSSMAN.— Motion[s] for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ ABRAHAM KAREN v. BERNARD HANS et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated October 31, 1962, is vacated. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CALVIN S. BOOKER.— Motion by defendant *pro se* to prosecute his own appeal granted. The attorney previously assigned by this court to represent the defendant is relieved from further representing the defendant, the appellant's brief will be removed from the files of this court and returned to said attorney and the appeal will be stricken from the calendar. The defendant is directed to perfect the appeal by the March 1963 Term of this court. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. AUGUSTUS DOWRIDGE. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SMILEY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. LEROY PIERCE. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN KING.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 11, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PASQUALE ALEO.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MYRON M. SPARBER.— Motion to transfer appeal denied in all respects. Motion for an enlargement of time granted insofar as to extend appellant's time to serve and file the record on appeal and appellant's points to and including January 8, 1963, with notice of argument for February 5, 1963, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ AKIRA HAYASHI v. LEO A. LEIDERMAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer, and Bergan, JJ.